### 16795.    FRANKUM *v.* FARLINGER.

STEPHENS, J.  1. The owner of premises abutting on a public road is under no duty to keep the premises at a point some distance from the road in a safe condition for pedestrians who, not in the ordinary course of travel, wander off the road and come uninvited on the premises. Thus, a person traveling along the road upon a dark night in an automobile, who leaves the automobile and goes uninvited upon the premises,

---

Negligence, 29 Cyc. p. 467, n. 44, 48.

and, at a point eight or ten feet from the road, falls into an unguarded well and is injured, can not recover from the owner of the premises for such injuries. *Savannah, Florida & Western R. Co.* v. *Beavers,* 113 *Ga.* 398 (39 S. E. 82, 54 L. R. A. 314) ; *Etheredge* v. *Central of Ga. R. Co.,* 122 *Ga.* 853 (50 S. E. 1003).

2. The petition set forth no cause of action, and was properly dismissed upon demurrer.

*Judgment affirmed. Jenkins, P. J., and Bell, J., concur.*

DECIDED APRIL 20, 1926.

Action for damages; from Habersham superior court—Judge J. B. Jones. August 13, 1925.

*John E. Frankum, McMillan & Erwin,* for plaintiff.

